## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| OSCAR OCHOA | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 4:23-cv-03355 |
| | § | |
| HARRIS COUNTY SHERIFF | § | |
| DEPUTIES AND/OR DETENTION | § | |
| OFFICERS RICARDO MARRON, | § | |
| SAMEUL GAMEZ, | § | JURY TRIAL |
| AND BRANDON BREZIK | § | |
| Defendants | § | DEMANDED |

### Agreed Judgment

This Agreed Judgment is entered into by and between Oscar Ochoa ("Plaintiff") and Ricardo Marron ("Defendant") in resolution of the claims brought by Plaintiff under 42 U.S.C. 1983 for alleged violations of the Fourteenth Amendment to the United States Constitution, specifically for excessive force. The parties have agreed to the terms set forth below, and the Court, having reviewed the agreement, hereby enters this Agreed Judgment.

### Terms of the Judgment

1. **Payment by Defendant**

Defendant agrees to pay Plaintiff the sum of **$5,000.00** (Five Thousand U.S. Dollars) on or before **December 1, 2025.** Payment shall be made payable to "The T J Solomon Law Group and Oscar Ochoa".

2. **Contingent Payment Obligation**

If Defendant fails to pay the full amount of $5,000.00 by December 1, 2025, Defendant agrees to pay Plaintiff an additional amount of $2,500.00 (Two Thousand Five Hundred U.S. Dollars) as liquidated damages for the total sum of **$7,500.00** (Seven Thousand Five Hundred U.S. Dollars).

3. **Jurisdiction**

The United States District Court for the Southern District of Texas retains jurisdiction over this Agreed Judgment until all payment obligations are satisfied.

4. **Release of Claims**

Upon full payment of the agreed amount set forth in this judgment, Plaintiff releases Defendant from all claims, causes of action, and liabilities arising out of the events described in the Complaint, including but not limited to claims under 42 U.S.C. 1983 and the Fourteenth Amendment.

5. **No Admission of Liability**

The entry of this Agreed Judgment is for settlement purposes only and shall not be construed as an admission of liability, fault, or wrongdoing by Defendant. The Defendant explicitly denies any wrongdoing related to the allegations in the Plaintiff's complaint.

6. **Enforcement**

In the event of non-compliance with the terms of this Judgment, Plaintiff may seek enforcement of this Judgment, including the recovery of the contingent payment amount of $7,500.00, as well as any additional costs or fees incurred in enforcement.

## Conclusion

This Agreed Judgment represents the complete and final agreement between the parties concerning all claims in this lawsuit. It supersedes all prior negotiations, representations, and agreements, whether oral or written.

The Court hereby adopts the terms of this Agreed Judgment and orders the parties to comply with its terms.

**AGREED TO BY THE PARTIES:**

Oscar Ochoa, III, Plaintiff

Date: \_\_11/15/25_____

Signature: *(signature)*

Ricardo Marron, Defendant

Date: 10/30/2025

Signature: *Ricardo Marron*

**Agreed and Accepted as to Form:**

**For Plaintiff:**

*(signature: Tanika J. Solomon)*

Tanika J. Solomon
Texas Bar No. 24057713
Shantelle L. Jones
Texas Bar No. 24136932
Email: attorney@tjsololaw.com
shantelle@tjsololaw.com
2120 Welch Street
Houston, Texas 77019
Tel. (713) 640-5956
Fax. (713) 640-5944

**For Defendant:**

*(signature: Gregory Burnett)*

**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov

**RACHEL FRASER**
Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24079725
Fed. Bar No. 2553428
Tel: (713) 274-5383 (direct)
rachel.fraser@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Street
Houston, Texas 77002

**APPROVED AND SO ORDERED:**

DAVID HITTNER
UNITED STATES DISTRICT COURT JUDGE

Date: 1/27/26